**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| WAYNE BRONDEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-cv-00546-AGF |
| ) | |
| HELANA LENARD, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented plaintiff Wayne Brondel is a civilly committed offender being held at the St. Louis Forensic Treatment Center, a Missouri Department of Mental Health facility. Plaintiff filed this civil rights action on April 18, 2025. However, he has not filed an application to proceed in district court without prepaying fees or costs, or paid the filing fee. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Plaintiff will therefore be directed to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order. If plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Plaintiff an 'Application to Proceed in District Court Without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff shall either pay the $405 filing fee or submit the Application to Proceed Without Prepaying Fees or Costs within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 16th day of June, 2025.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE