**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WAYNE BRONDEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-cv-00546-AGF |
| ) | |
| HELANA LENARD, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. On April 18, 2025, self-represented Plaintiff Wayne Brondel filed this action pursuant to 42 U.S.C. § 1983. ECF No. 1. On June 16, 2025, the Court directed Plaintiff to either file an application to proceed in district court without prepaying fees or costs or pay the Court's $405 filing fee. ECF No. 12. Plaintiff filed his application to proceed without prepayment of fees or costs on July 7, 2025. ECF No. 24. On November 17, 2025, the Court granted Plaintiff's application and ordered Plaintiff to submit an amended complaint. ECF No. 27. The Court warned that the failure to comply with the Order would result in the dismissal of this action without further notice. On November 24, 2025, mail to the Plaintiff was returned to the Court, without a forwarding address. (*See* ECF No. 28).

Local Rule 2.06(B) states:

Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

In this case, more than thirty days have passed since the mail was returned, and Plaintiff has not notified the Clerk of Court of any change of address. The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B). This dismissal will not count as a "strike" for purposes of 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** pursuant to Local Rule 2.06(B) for failure to notify the Court of Plaintiff's change of address.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 13th day of January, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE